IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| BOBBY LEE WILSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO. 4:13-cv-38-MSH |
| | : | Social Security Appeal |
| CAROLYN W. COLVIN, | : | |
| Commissioner of Social Security, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

Presently pending before the Court is Plaintiff's Application for Attorney's Fees Pursuant to the Equal Access to Justice Act. (ECF No. 16.) Counsel filed his motion for fees on September 12, 2013, requesting $1,812.50 for 14.50 total attorney work hours at a rate of $125.00 per hour. (Appl. for Att'y's Fees 1.) The Commissioner filed a Response wherein he does not object to the request for or amount of fees. (Comm'r's Resp. 1, ECF No. 17.)

Given that there is no objection to the amount of fees, number of hours requested, or hourly rate, and that the Court finds the request reasonable, Plaintiff's request for fees in the amount of $1,812.50 is hereby GRANTED. These amounts shall be paid directly to the Plaintiff. *See* 28 U.S.C. § 2412(d)(1)(A); *Astrue v. Ratliff*, 560 U.S. 586, 130 S. Ct. 2521, 2525-26 (2010); *Reeves v. Astrue*, 526 F.3d 732, 735 (11th Cir. 2008) (explaining that the EAJA "unambiguously directs the award of attorney's fees to the party who incurred those fees and not to the party's attorney").

SO ORDERED, this the 17th day of December, 2013.

                                          /s/ Stephen Hyles
                                          UNITED STATES MAGISTRATE JUDGE